1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  CHRISTOPHER D. BAKER
   Assistant United States Attorney
4  501 Las Vegas Boulevard So., Suite 1100
   Las Vegas, Nevada 89101
5  Phone: (702) 388-6336
   Fax: (702) 388-5087
6  Christopher.D.Baker@usdoj.gov

7  *Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-mj-00566-GWF |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS CRIMINAL COMPLAINT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A) |
| vs. | |
| LEONEL CORDOBA-QUINTANA, | |
| Defendant. | |

The United States of America, by and through the undersigned attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the above-captioned case and any outstanding warrant (if any) against Defendant, LEONEL CORDOBA-QUINTANA. The United States evaluated the age of the case and determined that dismissing the case, and any outstanding warrant, is in the best interest of justice.

Accordingly, the United States respectfully requests that the Court dismiss the complaint and any outstanding warrant against the above-captioned defendant.

DATED: June 5, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/
CHRISTOPHER D. BAKER
First Assistant United States Attorney

The Government's motion is hereby __granted__.

SO ORDERED:

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

Dated: 6/6/2019